RONALD V. POMERANCE, Appellant, v ROGER PAUL McTIERNAN, JR., et al., Respondents.

Submitted June 29, 2009; decided September 15, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine an action or proceeding within the meaning of the Constitution.

Chief Judge LIPPMAN taking no part.